UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-6836-GW(JCx) | Date | November 2, 2018 |
|---|---|---|---|
| Title | *Angel Lopez Pompa v. Walmart Stores, Inc., et al*. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:** IN CHAMBERS - RULING ON PLAINTIFF'S MOTION TO REMAND TO SUPERIOR COURT [10]

On June 28, 2018, Angel Lopez Pompa ("Plaintiff") filed a Complaint in the Superior Court of the State of California, County of Los Angeles, against Wal-Mart, Inc. ("Wal-Mart") and Does 1 through 25 (collectively, "Defendants") for damages based in personal injury. *See generally* Complaint, Docket No. 1-1. On August 9, 2018, Wal-Mart removed the matter to this Court on the basis of diversity jurisdiction. *See generally* Notice of Removal, Docket No. 1. Plaintiff filed a motion to remand the case back to state court. *See* Plaintiff's Motion to Remand ("MTR"), Docket No. 10. Wal-Mart filed a non-opposition to the motion to remand. *See* Wal-Mart's Notice of Non-Opposition to Motion to Remand, Docket No. 12. Wal-Mart attached a joint stipulation from the parties, asserting that they agreed to a maximum amount of damages Plaintiff could recover was less than $75,000. *See* Non-Opp'n, Ex. A ("Stipulation") at CM/ECF pgs. 3-5, Docket No 12.

In light of the non-opposition to the MTR and the Stipulation of the parties that the amount Plaintiff can recover in this case is less than $75,000, the Motion to Remand is GRANTED and this action is ordered to be remanded to state court forthwith.

: 

Initials of Preparer  JG